JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant
Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAN'DRANA C. WILSON, an individual, | Case No. 2:20-cv-01411-APG-VCF |
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER |
| HOME POINT FINANCIAL CORPORATION, a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | FIRST REQUEST |
| Defendant. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 12, 2020 through and including **November 12, 2020**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 12th day of October, 2020.

CLARK HILL PLLC

By: /s/Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

<u>**No opposition**</u>

/s/Kevin L. Hernandez
Kevin L. Hernandez
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8872 S. Eastern Avenue
Las Vegas, NV 89123
Phone: (702) 563-4450
Fax: (702) 552-0408
Email: kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: ___10/13/2020___

- 2 -