WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
*Attorneys for Defendant Home Point Financial Corporation*

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| SAN'DRANA C. WILSON, an individual; | Case No.:  2:20-cv-01411-APG-VCF |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL OF DEFENDANT HOME POINT FINANCIAL CORPORATION** |
| HOME POINT FINANCIAL CORPORATION.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC; | Complaint filed: July 29, 2020 |
| Defendants. | |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT HOME POINT FINANCIAL CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff San'drana C. Wilson and Defendant Home Point Financial Corporation, by and through their undersigned counsel, hereby stipulate and agree that all claims against Defendant Home Point Financial Corporation are dismissed *with prejudice*, each party to bear her or its own costs.

DATED this 23rd day of October, 2020.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| */s/ Darren T. Brenner* | */s/ Kevin L. Hernandez, Esq.* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Bank of America, N.A.* | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 S. Eastern Ave., Suite 270<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff San'drana C. Wilson* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:    October 23, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT STIPULATION OF DISMISSAL** on the 23rd day of October, 2020, to all parties on the CM/ECF service list.

Darren T Brenner    dbrenner@wrightlegal.net, jcraig@wrightlegal.net, nvefile@wrightlegal.net

Kevin L. Hernandez    kevin@kevinhernandezlaw.com, jazmin@kevinhernandezlaw.com

Ramir Mitchell Hernandez    rhernandez@wrightlegal.net, NVefile@wrightlegal.net, jcraig@wrightlegal.net

Katherin A. Neben    kneben@jonesday.com

Andrew J. Sharples    asharples@naylorandbrasterlaw.com

Jeremy J. Thompson    jthompson@clarkhill.com

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP