# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SAN'DRANA C. WILSON,

    Plaintiff,

vs.

HOME POINT FINANCIAL CORPORATION.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,

    Defendants.

2:20-cv-01411-APG-VCF

**ORDER**

Before the court is *San'Drana C. Wilson v. Home Point Financial Corporation, et al.*, case number 2:20-cv-01411-APG-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before November 16, 2020.

DATED this 9th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE